René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LEAD COUNSEL

Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 │ oliver@crag.org
Kelly Chang (OR Bar No. 223727)
(503) 234-0788 │ kelly@crag.org
Crag Law Center
3141 E Burnside St,
Portland, OR 97214
LEAD COUNSEL
*Applicants Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al.<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendants. | No.: 3:23-cv-3601-RS<br><br>**CERTIFICATE OF SERVICE REGARDING SERVICE OF PROCESS** |

1

# CERTIFICATE OF SERVICE

# REGARDING SERVICE OF PROCESS

In accordance with Fed. R. Civ. Proc. 4(i), Civil Local Rule 4.2 and 5-5(a)(2), and the Hon. Judge Richard Seeborg's Civil Standing Order, I declare that I mailed copies of the

- Summons;
- Complaint and Civil Cover Sheet;
- A copy of the Order Setting Initial Case Management Conference and ADR deadlines issued pursuant to Civil L.R. 16-2(a), (b) or (c);
- Judge Richard Seeborg's "Supplemental Standing Order Re: Initial Case Management";
- "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement";
- Judge Richard Seeborg's "Guidelines For Final Pretrial Conference In Bench Trials Before Chief District Judge Richard Seeborg"; and
- The Court's "Joint Case Management Statement & [Proposed] Order"

for *Klamath Forest Alliance, et al. v. U.S. Forest Service*, Civ. No. 3:23-cv-3601-RS, filed in the United States District Court for the Northern District of California, San Francisco Division, by U.S. Certified Mail (see attached receipts) to the following persons or entities on July 27, 2023, thereby effecting service of process.

United States Forest Service
c/o Randy Moore, Chief
1400 Independence Avenue, S.W.
Washington, D.C. 20250-1111

U.S. Department of Justice Room B-103
Merrick Garland, U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Civil Process Clerk
Office of the United States Attorney
11th Floor, Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

I further declare that I am at least 18 years of age and not a party to this action. Respectfully submitted this 27th day of July, 2023.

*Kelly Chang*

Kelly Chang


